```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )   Civ. Action No. 20-mc-227
In re:                              )
                                    )
DMCA SUBPOENA TO                    )   **ORDER**
CLOUDFLARE, INC.                    )
                                    )
                                    )
_____)

This matter comes before the Court upon the *ex parte* application of movant E. Mishan & Sons, Inc. ("Emson") along with the Declaration of Bradley Corsello and supporting documents for the signing of a Subpoena directing Cloudflare, Inc. to produce the identity of entities believed to be infringing on the copyrights of Emson.

Having considered the Declaration and all documents submitted in support of the instant application the Court finds good reason to issue and order directing the clerk to issue said subpoena and it is therefore:

ORDERED that the clerk of this Court shall issue the Subpoena for Cloudflare, Inc. as sought by the movant.

SO ORDERED.

Dated: June 22, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge